**LFR**

In The Federal District Court

Ronald Graham    (
                 (    Civil Action
   v.  Plaintiff (    No __14    3390__
                 (
Mr. David Rosenblum    (
Mrs. Susie Rosenblum   (    Complaint
D & F Clothing         (
Corporation            (
2205 Germantown        (
Avenue                 (
Philadelphia PA.       (
  19133

Continue

(2.)

<u>DEFENDANTS</u>

PAMELA WILLIAM
CHRISTINA PATTON
HATHER EGAN

The city of Philadelphia
Free library
Widener Branch
2808 W. Lehigh
Avenue
Philadelphia PA.
19132-3298

Rue Landau Esq.
Executive Director
Mrs. Smith
Investigator
Mrs. Paulette
Curtis Center Building
601 Walnut Street
3rd Floor Suite 300-South
Philadelphia PA. 19106.

2.

Jurisdiction

42-US. Code §1983

(1) Plaintiff

Ronald Graham Plaintiff
My mailing Address is
351 East 74th Street
New York N.Y. 10021.

(2) Defendants

David Rosenblum President
P & F Clothing Corporation
2205 Germantown Avenue
Philadelphia PA. 19133

(3) Defendant

Mrs. Susie Rosenblum wife
of David Rosenblum she employee
at Corporation 2205 Germantown
Avenue Philadelphia PA 19133

(over)

3.

(3) <u>DEFENDANT</u>

Pamela William employee at the city of Philadelphia Free Library Widener Branch 9808 W. Lehigh Avenue Philadelphia PA 19132-3296

(4) <u>DEFENDANT</u>

Christina Patton employee at the city of Philadelphia Free Library Widener Branch 9808 W. Lehigh Avenue Philadelphia PA. 19132-3296

(5) <u>DEFENDANT</u>

Rrathel Egan employee at the city of Philadelphia Free Library Widener Branch 9808 W. Lehigh Avenue Philadelphia PA. 19132-3296.

(over)

4.

(-6-)

<u>Defendant</u>

Rue Landau Esq.
Executive Director at Curtis
Center Building
601 Walnut Street
3rd Floor Suite 300-South
Philadelphia PA. 19106

(2)   <u>Defendant</u>
Mos-Smith Investigator
at Curtis Center Building
601 Walnut Street
3rd Floor Suite 300-South
Philadelphia 19106

(8)   <u>Defendants</u>
Ms. Paulette Investigator
at Curtis Center Building
601 Walnut Street
3rd Floor Suite 300-South
Philadelphia PA. 19106

(over)

5P

(9) FACTUAL Evidence
Count It is two claims, within this complaint.

(10) One Complaint claim against Mr. David Rosenblum and Mrs. Susie Rosenblum their business, their clothing business.

(11) The next claim is against the flee Widener library facility - employees.

(12) The Director Mrs Rue Landue - And Her investigator Mrs. Smith And Mrs Paulette who tried to obstruct And about my total defense with obvious Thickery

(over)

(B) COURT THESES TWO CLAIM ARE SIMILIAR IN NATURE. IS REASON THEY ARE TOGETHER.

(14) COURT

Theses Claims - IS BASE UPON RACIST; INTENT VENDETTA DISCRIMINATION; WITH WILLFOUL, MALICIOUS, AND DELIBERATE REGARD FOR MY RIGHT

A RECKLESS ATTACK UPON MY RIGHT AND PRIVILEGE CIVIL RIGHT AFFORD ME.

These Defendants unlawfully Refuse And Deny me public service they Afford others.

7.

(5) COURT Administrative Hearing

WAS obstruct And Abort with Trickery.

At my Hearing May 16, 2013 the April 2012 incident

Whereas The Rosenblums Deny me service to buy cloths.

I was Reject by The Rosenblum from their store No apparent reason. It was (BIAS) A racist attack base your race.

The Rosenblum Reject me And my friend Refusing us public service

Mr Hicks And Mr. Washington was Reject No Reason Racist Attack Base your Race.

(uuct)

8.

(/6) At my May 16, 2013 Hearing Mrs. Smith didn't include my witness

My witness - showed a persistent pattern of Racist Attack in Rejecting Certain Black Base on Race. Violations of Civil Rights of Federal Court

(/2) Mrs. Paulette And Mrs Rue & Andrew. misled - The schedule Hearing so I couldn't Defense my case Against These 3 female Defendants.

Plaintiff Wasn't At Hearing These female library employee Attend.

(9)

This is proof my administrative hearing was about by Mrs. Smith, Mrs. Paulette, and Mrs. Rue Landau.

(18) In November 1, 2012. Pamela Williams, Christina Pattore, and Mrs. Platrez Egan, rejected me Ronald Chatham from the free public Widener library for no apparent reason. It was a racist attack with intent vendetta — (Bias) when they deny me service base upon race.

My witness - verify similiar persistent acts.

(10)

(19) <u>Relief</u>

All Defendants Act, willfully, maliciously, And deliberately inviolations of civil Rights, And privilege of Federal Laws.

(20) <u>Compensatory Damage</u>

300 Million From All Defendants, Humiliation, Embarrassment, Mental Trauma And shocking experience.

(21) <u>Punitive Damage</u>

All Defendant Show A Reckless Disregard for my Rights. Their malicious, willful, And deliberate Acts $ 200 Million From Defendants.

Ronald Graham
Plaintiff
351 East 74 St
New York, N.Y.

In The Federal District
Court
601 Market Street
Philadelphia PA.

Ronald Graham ( 
      ( Civil Action
v. Plaintiff ( No. _____
      (
Mr. David Rosenblum ( Jury
      ( Trial
et. al (
      ( Request
Defendants (
      (

## Jury Trial Request

Plaintiff Ronald Graham are Requesting the mercy of Court to set this case down for a Jury Trial.

After Defendants Answer in Eye of Justice. The Jury need this case.

      Ronald Graham
      Plaintiff
      351 East 74th St
      New York, NY. 10021

In The Federal District
Court
601 Market Street
Philadelphia PA.

| | | |
|---|---|---|
| Ronald Graham | ( | |
| Plaintiff | ( | Civil-Action |
| | ( | |
| v. | ( | NOTICE |
| | ( | OF |
| Mr. David Rosenblum | ( | |
| Mrs. Susie Rosenblum | | Claim |
| D & F Clothing | ( | |
| Corporation | ( | |
| 2705 Germantown | ( | |
| Avenue | ( | |
| Philadelphia PA. | ( | |
| 19133 | | |

Notice of Claim

(over)

Continue.

2.

**DEFENDANTS**

Pamela William (
Christina Patton (
Prather Egah (
(
The City of Philadelphia (
Free Library (
Widener Branch (
9808 W. Lehigh (
  Avenue (
Philadelphia PA (
  19132-3296
(
(

Rue Landau Esq.
Executive Director
Ms. Smith
  Investigator
Ms. Paulotice
Curtis Center Building
601 Walnut Street
3rd Floor Suite 300 South
Philadelphia PA. 19106

3.

Ronald Grafton
Plaintiff

351 East 74th
Street
Apt NY. 10021

Contact Us    Check Order Status    My Account

**LegalZoom**

Starting Your Business | Managing Your Business | Wills & Trusts | Personal & Family

## Article Center

Home | Article Center | US Law | Equal Rights | The Right to Refuse Service: Can a Business Refuse Service to Someone Because of Appearance, Odor or Attitude?



- **LegalZoom Home**
- **Article Center Home**
- **Business Management**
- **Business Law**
- **Planning Your Estate**
- **Intellectual Property Rights**
- **Marriage, Divorce & Family Law**
- **Legal Headlines**
- **Money Matters**
- **Taxes**
- **Lawsuits & Settlements**
- US Law
- **Privacy**

# The Right to Refuse Service: Can a Business Refuse Service to Someone Because of Appearance, Odor or Attitude?

LEANNE PHILLIPS - OCT 2007

Is it a violation of your civil rights for a business to refuse to serve you because of the way you look, the way you smell, or the way you act? The answer is...it depends.

The Federal Civil Rights Act guarantees all people the right to "full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation, without discrimination or segregation on the ground of race, color, religion, or national origin."

The right of public accommodation is also guaranteed to disabled citizens under the Americans with Disabilities Act, which precludes discrimination by businesses on the basis of disability.

Start your business.
Protect your family.
Launch your dreams.



[8+1] 7

Tweet    Share

Share   RSS   Print

**OUR MOST POPULAR PRODUCTS**

Incorporation

LLC Formation

File a DBA

Last Will

**CONNECT WITH US**



Follow @LegalZoom

Email Address

# PROOF OF SERVICE

I hereby certify that I am this day serving the forgoing document upon the person(s) and in the manner indicated below which service satisfies the requirements of Pa.R.A.P. 121:

_Notice of Claim_

Service by Ronald Gattha addressed as follows:

TO Mr. David Rosenbloom
Mrs. Susie Rosenbloom
N & F Clothing
Corporation
2705 Gctom Au Tower Avenue
Philadelphia PA. 19130

TO Pamela Williams, et Al.
Free Library
9808 W Lehigh Avenue
Philadelphia PA. 19132-3296

TO Rue Landau Esq, et Al,
Curtis Center Building
601 Walnut St. 3rd Floor suite-300 5042
Philadelphia PA 19106

Dated: June 9, 2014   ⎯ Ronald Gattha

356 East 74th Street

NY, NY

LegalZoom

Contact Us    Check Order Status    My Account

Starting Your Business | Managing Your Business | Wills & Trusts | Personal & Family

## Article Center



Home | Article Center | US Law | Equal Rights | The Right to Refuse Service: Can a Business Refuse Service to Someone Because of Appearance, Odor or Attitude?

**LegalZoom Home**

**Article Center Home**

**Business Management**

**Business Law**

**Planning Your Estate**

**Intellectual Property Rights**

**Marriage, Divorce & Family Law**

**Legal Headlines**

**Money Matters**

**Taxes**

**Lawsuits & Settlements**

US Law

**Privacy**

# The Right to Refuse Service: Can a Business Refuse Service to Someone Because of Appearance, Odor or Attitude?

LEANNE PHILLIPS - OCT 2007

Is it a violation of your civil rights for a business to refuse to serve you because of the way you look, the way you smell, or the way you act? The answer is...it depends.

The Federal Civil Rights Act guarantees all people the right to "full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation, without discrimination or segregation on the ground of race, color, religion, or national origin."

The right of public accommodation is also guaranteed to disabled citizens under the Americans with Disabilities Act, which precludes discrimination by businesses on the basis of disability.

**Start your business.**
**Protect your family.**
**Launch your dreams.**



 7

Tweet    Share

Share    RSS    Print

**OUR MOST POPULAR PRODUCTS**

- Incorporation
- LLC Formation
- File a DBA
- Last Will

**CONNECT WITH US**



Follow @LegalZoom

Email Address