**U.S. Department of Justice**
**United States Marshals Service**

RECEIVED
UNITED STATES MARSHAL
14 NOV 12 PM 8:01
EASTERN DISTRICT OF PENNSYLVANIA

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ronald Graham | 2:14-CV-03390-LFR |
| DEFENDANT | TYPE OF PROCESS |
| Rue Landau Esq. | Civil Action |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Curtis Center Building 601 Walnut Street
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 3rd Floor Suite 300 South Philadelphia PA 19106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald Graham
351 East 74B Street
New York NY 10021

| | |
|---|---|
| Number of process to be served with this Form - 285 | 9x |
| Number of parties to be served in this case | 9x |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Bench Warrant upon the below person.
Bench Warrant motion pending before
Court.
Rue Landau Esq.

**FILED**
JAN 22 2015
MICHAEL E. KUNZ, Clerk
By ___ Dep Clerk

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Ronald Graham    TELEPHONE NUMBER 646-669-6005    DATE 11/2/14

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 66 | District to Serve No. 66 | Signature of Authorized USMS Deputy or Clerk M. Melnsly | Date 11/12/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Karen Formari Attorney

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 1-13-15    Time 1:59 pm

Signature of U.S. Marshal or Deputy
Marks

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

RECEIVED
UNITED STATES MARSHAL
14 NOV 12 PM 8:01
EASTERN DISTRICT OF PENNSYLVANIA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ronald Graham | 2:14-CV-03390-LFR |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Christina Patton | Civil Actions |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Free Library Widener Branch

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2808 W. Lehigh Ave. Philadelphia PA. 19132-3296

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald Graham
351 East 74th Street
New York NY. 10021

- Number of process to be served with this Form - 285: 90
- Number of parties to be served in this case: 90
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Bench Warrant upon the below persons
Bench Warrant Motion - pending before court

FILED
JAN 22 2015
MICHAEL E. KUNZ, Clerk
Dep. Clerk

Christina Patton

Signature of Attorney or other Originator requesting service on behalf of:
Ronald Graham
☑ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 646-269-8005

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 66 | District to Serve No. 66 | Signature of Authorized USMS Deputy or Clerk M. Dwersky | Date 11/12/14 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Lisa Stahl, Data Service Support

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 12/22/14  Time: 14:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:

PRIOR EDITIONS MAY BE USED  **1. CLERK OF THE COURT**  FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

RECEIVED UNITED STATES MARSHAL 14 NOV 12 PM 8:01
EASTERN DISTRICT OF PENNSYLVANIA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ronald Graham | 2:14-CV-03390-LFR |
| DEFENDANT | TYPE OF PROCESS |
| Patrick Egan | Civil Action 405/c |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Free Library Widener Branch
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 2808 W. Lehigh Ave. Philadelphia PA. 19132-3298

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald Graham
351 East 74th Street
New York, NY. 10021

| Number of process to be served with this Form - 285 | 9x |
| Number of parties to be served in this case | 9x |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Bench Warrant upon the below person
Bench Warrant Motion - pending before court

**FILED JAN 22 2015**

Patrick Egan

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Ronald Graham
TELEPHONE NUMBER 646-669-3... MICHAEL E. KUNZ, Clerk By ___ Dep. Clerk 11/12/14

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 66 | District to Serve No. 66 | Signature of Authorized USMS Deputy or Clerk M. Delensly | Date 11/7/14 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Lisa Stahl, Data Service Support
☑ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 4/22/14  Time 4:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:

**PRIOR EDITIONS MAY BE USED**       1. CLERK OF THE COURT       FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

RECEIVED UNITED STATES MARSHALS 14 NOV 12 PM 8:00
EASTERN DISTRICT OF PENNSYLVANIA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ronald Graham | 2:14-CV-03370-LFR |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| The Commission Free, Library of ~~/~~ | Civil Action S/C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Curtis Center Building 601 Walnut Street

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 3rd Floor Suite 300 South Philadelphia PA-19106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald Graham
351 East 74th Street
New York NY 10021

| | |
|---|---|
| Number of process to be served with this Form - 285 | 90 |
| Number of parties to be served in this case | 90 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Bench Warrant upon the below persons,
Bench Warrant motion pending before Court

The Commission Free Library

FILED
JAN 2 2 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Ronald Graham
TELEPHONE NUMBER: 646-669-6005
DATE: 11-12-14

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 66 | 66 | M. Helensky | 11/17/17 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Lisa Stahl, Data Service Support

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am/pm |
|---|---|---|
| 12/22/14 | 1430 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

---

**PRIOR EDITIONS MAY BE USED**  **1. CLERK OF THE COURT**  **FORM USM-285 (Rev. 12/15/80)**

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

RECEIVED UNITED STATES MARSHALS SERVICE
14 NOV 12 PM 12:01
EASTERN DISTRICT OF PENNSYLVANIA

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Ronald Graham | **COURT CASE NUMBER** 2:14-CV-03390-LFR |
| **DEFENDANT** Pamela Williams | **TYPE OF PROCESS** Civil Action S/C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Free Library Widener Branch

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
9808 W. Lehigh Ave. Philadelphia PA 19132-3296

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald Graham
351 East 74th Street
New York NY 10021

| | |
|---|---|
| Number of process to be served with this Form - 285 | 90 |
| Number of parties to be served in this case | 90 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Bench Warrant upon the below persons
Bench Warrant Motion - pending before **FILED**
Pamela Williams - if not located
JAN 22 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Ronald Graham     TELEPHONE NUMBER 646-669-6005     DATE 11-12-14

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 66 | District to Serve No. 66 | Signature of Authorized USMS Deputy or Clerk M. Dlelnsly | Date 11/17/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Lisa Stahl, Data Service Support

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 12/22/14    Time 14:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:**

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    **FORM USM-285 (Rev. 12/15/80)**

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

RECEIVED UNITED STATES MARSHAL
14 NOV 12 PM 8:07
EASTERN DISTRICT OF PENNSYLVANIA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ronald Graham | 2:14-CV-03390-LFR |
| DEFENDANT | TYPE OF PROCESS |
| Mrs. Susie Rosenblum | Civil Action |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
D&F Clothing Corporation 2205 Germantown

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT Avenue Philadelphia PA-19133.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald Graham
351 East 74th Street
New York NY 10021

Number of process to be served with this Form 285: 9
Number of parties to be served in this case: 9
Check for service on U.S.A.

FILED JAN 22 2015
MICHAEL E. KUNZ, Clerk
BY_____ Dep. Clerk

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Bench warrant pending before court upon"

Pamela William Christina Patton - Patrick Egan,

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Ronald Graham
TELEPHONE NUMBER: 646-859-6005
DATE: 11-12-14

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 66
District to Serve: No. 62
Signature of Authorized USMS Deputy or Clerk: M. Shelinsky
Date: 11/14/14

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
David Rosenblum

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 11-28-14
Time: 13:00 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

RECEIVED UNITED STATES MARSHAL 14 NOV 12 PM [illegible]
EASTERN DISTRICT OF PENNSYLVANIA

| Field | Value |
|---|---|
| PLAINTIFF | Ronald Graham |
| DEFENDANT | Mr. David Rosenblum |
| COURT CASE NUMBER | 2:14-CV-03390-LER |
| TYPE OF PROCESS | Civil Action |

**SERVE**: D&F Clothing Corporation
**ADDRESS**: 2705 Germantown Avenue, Philadelphia PA 19133

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald Graham
351 East 74th Street
New York, N.Y. 10021

FILED JAN 22 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

- Number of process to be served with this Form - 285: 9X
- Number of parties to be served in this case: 9X
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Bench Warrant - Pending Before Court upon.
Patrol Egan
Pamela Williams, Christina Patton

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Ronald Graham
TELEPHONE NUMBER: 646-669-6005
DATE: 11-12-14

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 66
District to Serve No. 66
Signature of Authorized USMS Deputy or Clerk
Date: 11/17/14

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 11-28-14  Time: 12:00 pm

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**           **1. CLERK OF THE COURT**           FORM USM-285 (Rev. 12/15/80)